Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: chumes@bhfs.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA and THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERIOR GUNITE, a foreign corporation,<br><br>Defendant. | Case No.:<br><br>**COMPLAINT** |

Plaintiffs allege:

**JURISDICTION AND VENUE**

1. The claim at issue in this Complaint presents a present, actual, and justiciable controversy arising under federal law.

2. The Court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question). This Court additionally has subject matter jurisdiction to enforce a pension benefit plan's collection of withdrawal liability assessed against an employer under the Employee

Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980 ("MPPAA"), specifically at 29 U.S.C. § 1401(b)(1).

3. Venue is proper under 29 U.S.C. § 1451(d) because the Pension Trust is administered in Clark County, Nevada.

## PARTIES

4. Plaintiffs are the Board of Trustees of the Construction Industry and Laborers Joint Pension Trust for Southern Nevada (the "Board of Trustees") and the Construction Industry and Laborers Joint Pension Trust for Southern Nevada (the "Pension Trust") (collectively referred to as "Plaintiffs").

5. The Board of Trustees is made up of fiduciaries of the Pension Trust for purposes of ERISA.

6. The Pension Trust is an "employee benefit pension plan" as defined in 29 U.S.C. § 1002(2); and a "multiemployer plan" as defined in 29 U.S.C. §§ 1002(37) and 1301(a)(3).

7. Defendant, Superior Gunite is a foreign corporation and is an employer within the meaning of 29 U.S.C. § 1002(5).

## FACTUAL BACKGROUND

8. Superior Gunite was a signatory to a collective bargaining agreement that required Superior Gunite to make employee benefit contributions to the Pension Trust.

9. During the plan year ending on December 31, 2017, Superior Gunite withdrew from the Pension Trust by ceasing to make contributions. This withdrawal constituted a complete withdrawal under 29 U.S.C. § 1383.

10. On September 29, 2021, the Pension Trust sent a withdrawal liability assessment and demand for payment to Superior Gunite in the amount of $93,024, with the first quarterly payment of $10,675 due on November 1, 2021.

11. Superior Gunite did not pay its first quarterly payment. As a result, the Pension Trust provided Superior Gunite with written notice that it was delinquent on its payments, and provided 60 days for Superior Gunite to cure the default.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

12.     To date, Superior Gunite has refused to pay its withdrawal liability assessments in accordance with the Pension Trust's schedule for withdrawal liability payments.

## SOLE CAUSE OF ACTION

**(Judgment for Withdrawal Liability)**

13.     Plaintiffs hereby incorporate the allegations contained in paragraphs 1 to 12 as though fully set forth herein.

14.     This dispute is a case of actual controversy within this Court's jurisdiction.

15.     The Pension Trust provided Superior Gunite with a withdrawal liability assessment, and Superior Gunite has failed to make the required payments. The Pension Trust gave Superior Gunite a 60-day period to cure the default, but Superior Gunite has failed to make any payments to the Pension Trust.

16.     Due to Superior Gunite's failure to make payments on the schedule set by the Pension Trust, Plaintiffs seek a judgment for the entire assessed withdrawal liability amount, as well as interest, liquidated damages, attorney's fees.

**WHEREFORE**, Plaintiffs pray for relief as follows:

1.     A judgment in favor of the Pension Trust awarding the entire withdrawal liability owed by Superior Gunite, interest, liquidated damages, and attorney's fees; and

/ / /

/ / /

/ / /

23697221.1

3

2. For such other and further relief as the Court deems proper.

Dated: February 10, 2022.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

23697221.1

4